No. 73–1339. BOYD *v.* OHIO. Ct. App. Ohio, Allen County. Certiorari denied. MR. JUSTICE DOUGLAS, being of the view that any state ban on obscenity is pro-

---

hibited by the First Amendment, made applicable to the States by the Fourteenth (see *Paris Adult Theatre I* v. *Slaton,* 413 U. S. 49, 70 (1973) (DOUGLAS, J., dissenting)), would grant certiorari and reverse the judgment.